[No. 12807-1-II. Division Two. October 12, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. LLOYD C.
MADDOX, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-01676-9, E. Albert Morrison, J., entered
April 11, 1989. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.

[No. 22161-2-I. Division One. October 16, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS L.
CASE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03683-5, Norma Smith Huggins, J.,
entered March 22, 1988. *Affirmed in part* and *dismissed in
part* by unpublished per curiam opinion.

[No. 21521-3-I. Division One. October 16, 1989.]

EDWARD R. SELBERG, ET AL, *Respondents,* v. UNITED
PACIFIC INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-2-02860-4, James J. Dore, J., entered
November 30, 1987. *Affirmed in part* and *remanded* by
unpublished opinion per Swanson, J., concurred in by
Webster and Forrest, JJ.

[No. 22775-1-I. Division One. October 16, 1989.]

DAVID M. ESTES, *Appellant,* v. THE CITY
OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 87-2-20402-2, Edward Heavey, J., entered
August 18, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, J., and Ringold, J. Pro
Tem.